ANN CRAWFORD, Respondent, *v.* THE DELAWARE, LACKA-WANNA AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 14, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of June, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Hamilton Odell* for appellant.

*Artemas H. Holmes* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.